1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA

10   LOUIS WHITE,                    )   CASE NO. CV 13-7472-CAS (PJW)
                                     )
11              Petitioner,          )
                                     )   J U D G M E N T
12         v.                        )
                                     )
13   AMY MILLER, WARDEN,             )
                                     )
14              Respondent.          )
                                     )
15   _____

16       Pursuant to the Order Accepting Report and Adopting Findings,
17   Conclusions, and Recommendations of United States Magistrate Judge,
18       IT IS ADJUDGED that the Petition is denied and this action is
19   dismissed with prejudice.
20
         DATED: December 8, 2015    .
21
22
23                                    /s/ Christina A. Snyder
24                                   _____
                                     CHRISTINA A. SNYDER
                                     UNITED STATES DISTRICT JUDGE
25
26
27
28   C:\Users\dluengo\AppData\Local\Microsoft\Windows\Temporary Internet
     Files\Content.IE5\KZ6PYHNV\LA13CV07472-J-CASPJW.wpd